IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re: : Chapter 11
:
EHT US1, Inc., *et al.*, : Case No. 21-10036 (CSS)
:
       Debtors.[1] : (Jointly Administered)
---------------------------------------------------------------- x
ASAP PROPERTY HOLDINGS INC., :
:
       Plaintiff, :
: Adv. Proc. No. 21-50458 (CSS)
   v. :
:
SKY HARBOR ATLANTA NORTHEAST, LLC, :
:
       Defendant. :
---------------------------------------------------------------- x

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

It is hereby stipulated and agreed by counsel for the Plaintiff and counsel for the Defendant that the current deadline for the Defendant to file an answer or other response to the *Complaint* [Adv. D.I. 1] filed in the above-captioned adversary proceeding be extended from June 16, 2021 to July 14, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

Dated: June 16, 2021

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **THE ROSNER LAW GROUP LLC** |
| */s/ G. David Dean* | By: */s/ Jason A. Gibson* |
| Seth Van Aalten (admitted *pro hac vice*) | Frederick B. Rosner (DE 3995) |
| G. David Dean (No. 6403) | Jason A. Gibson (DE 6091) |
| Justin R. Alberto (No. 5126) | 824 N. Market Street, Suite 810 |
| 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 777-1111 |
| Telephone: (302) 652-3131 | Email: gibson@teamrosner.com |
| Facsimile: (302) 574-2103 | |
| Email: svanaalten@coleschotz.com | -and- |
| ddean@coleschotz.com | |
| jalberto@coleschotz.com | **PLATZER, SWERGOLD,** |
| | **GOLDBERG KATZ & JASLOW, LLP** |
| - and - | Clifford A. Katz |
| | 475 Park Avenue South - 18th Floor |
| **PAUL HASTINGS LLP** | New York, New York 10016 |
| Luc A. Despins (admitted *pro hac vice*) | Telephone: (212) 593-3000 |
| G. Alexander Bongartz (admitted *pro hac vice*) | Email: ckatz@platzerlaw.com |
| Shlomo Maza (admitted *pro hac vice*) | |
| 200 Park Avenue | *Counsel for ASAP PROPERTY HOLDINGS INC.* |
| New York, NY 10166 | |
| Telephone: (212) 318-6000 | |
| Facsimile: (212) 319-4090 | |
| Email: lucdespins@paulhastings.com | |
| alexbongartz@paulhastings.com | |
| shlomomaza@paulhastings.com | |
| | |
| *Counsel to Debtors and Debtors in Possession* | |